AKTIEBOLAGET MALAREPROVINSERNAS BANK, Respondent, *v.* THE GLOBE AND RUTGERS FIRE INSURANCE COMPANY, Appellant.

AKTIEBOLAGET MALAREPROVINSERNAS BANK, Respondent, *v.* STUYVESANT INSURANCE COMPANY, Appellant.

AKTIEBOLAGET MALAREPROVINSERNAS BANK, Respondent, *v.* THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, Appellant.

AKTIEBOLAGET MALAREPROVINSERNAS BANK, Respondent, *v.* GLENS FALLS INSURANCE COMPANY, Appellant.

AKTIEBOLAGET MALAREPROVINSERNAS BANK, Respondent, *v.* THE HANOVER FIRE INSURANCE COMPANY, Appellant.

*Insurance — action to recover on policies of war risk marine insurance — defense of deviation from voyage.*

*Aktiebolaget M. Bank* v. *G. & R. Fire Ins. Co.,* 211 App. Div. 608, reversed.

*Aktiebolaget M. Bank* v. *Stuyvesant Ins. Co.,* 211 App. Div. 608, reversed.

*Aktiebolaget M. Bank* v. *Ins. Co. of Penn.,* 211 App. Div. 608, reversed.

*Aktiebolaget M. Bank* v. *Glens Falls Ins. Co.,* 211 App. Div. 608, reversed.

*Aktiebolaget M. Bank* v. *Hanover Fire Ins. Co.,* 211 App. Div. 608, reversed.

(Argued October 15, 1925; decided November 24, 1925.)

APPEAL, in each of the above-entitled actions, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 7, 1925, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial

Term without a jury. The actions were to recover on policies of limited war risk insurance covering a steamship. The defense was that the vessel deviated from the voyage for which she was insured. It appeared that on the voyage from Gothenberg to New York the vessel was seized by a British war vessel and taken into Hull, England, where she was unloaded and chartered to that government for a voyage to Sweden. On the return trip the vessel was sunk by a German submarine.

*Robert Kelly Prentice* for appellants.

*J. B. Engel* and *J. G. Engel* for respondents.

In each case judgments reversed and complaint dismissed, with costs in all courts, on opinion in *Aktiebolaget Malareprovinsernas Bank* v. *American Merchant Marine Ins. Co.* (241 N. Y. 197).

Concur: CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Not sitting: HISCOCK, Ch. J.